**Fill in this information to identify the case:**

Debtor name: GGI HOLDINGS, LLC

United States Bankruptcy Court for the: NORTHERN District of TEXAS (State)

Case number (If known): 20-31318

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | 1431 SC, LTD.<br>500 WEST 5TH STREET<br>SUITE 700<br>AUSTIN, TX 78701 | | LEASE | C | | | UNKNOWN |
| 2 | DESERT HOME COMMUNITIES OF OKLAHOMA, LLC<br>4045 NW 64TH STREET, SUITE 340<br>OKLAHOMA CITY, OK 73116 | | LEASE | C | | | UNKNOWN |
| 3 | FAIRFAX STATION SQUARE LP<br>3201 JERMANTOWN ROAD<br>SUITE 700<br>FAIRFAX, VA 22030-2879 | | LEASE | C | | | UNKNOWN |
| 4 | JEFFREY R. MELICHAR<br>11712 MOONPARK STREET<br>SUITE 201B<br>STUDIO CITY, CA 91604 | | LEASE | C | | | UNKNOWN |
| 5 | THE HARRY HIMELFARB TRUST AND THE AMELIA HIMELFARB TRUST<br>1201 F STREET NW, SUITE 500<br>WASHINGTON, DC 20004 | | LEASE | C | | | UNKNOWN |
| 6 | UNIVERSAL MUSIC CORP. DBA UNIVERSAL MUSIC PUBLISHING | C/O Eric Carvajal<br>Kuhn Law Group PLLC<br>3 COLUMBUS CIRCLE<br>FLOOR 15<br>NEW YORK, NY 10019 | ROYALTY DISPUTE | C,U,D | | | UNKNOWN |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  GGI HOLDINGS, LLC
Name

Case number (*if known*)  20-31318

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2