Aaron M. Kaufman (TX Bar No. 24060067)
Ariel J. Snyder (TX Bar No. 24115436)*
**pro hac vice* pending
**DYKEMA GOSSETT PLLC**
1717 Main Street, Suite 4200
Dallas, Texas 75201
Telephone: (214) 462-6400
Facsimile: (214) 462-6401
Email: akaufman@dykema.com
Email: asnyder@dykema.com

Danielle N. Rushing (TX Bar No. 24086961)
**DYKEMA GOSSETT PLLC**
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395
Email: drushing@dykema.com

**PROPOSED COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 20-31318-hdh11** |
| | § | |
| **GGI HOLDINGS, LLC,** *et al.*, | § | **CHAPTER 11** |
| | § | |
| **DEBTORS.**[1] | § | **(Joint Administration Requested)** |
| | § | |

## NOTICE OF FIRST DAY HEARINGS

**PLEASE BE ADVISED** that an emergency on the following "First Day" matters listed below will take place **VIA WEBEX** on **Wednesday, May 6, 2020 at 2:30 p.m**., before the **Honorable Harlin D. Hale, U.S. Bankruptcy Judge**:

1. *Motion for Order Directing Joint Administration of Chapter 11 Bankruptcy Cases* [ECF No. 6];

2. *Notice of Designation of Complex Chapter 11 Bankruptcy Cases* [ECF No. 7];

3. *Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Pay Pre-petition Wages, Salaries, Other Compensation, Reimbursable Expenses, Withholdings, and Deductions and (II) Continue Employee Benefits Programs* [ECF No. 10];

4. *Debtors' Motion for Entry of an Order Authorizing the Debtors to Honor Certain Pre-petition Obligations to Customers and to Otherwise Continue in the Ordinary Course of Business Their Customer Programs and Practices* [ECF No. 11];

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GGI Holdings, LLC (1222); Gold's Gym International, Inc. (3614); Gold's Holding Corp. (3610); Gold's Alabama, LLC (0520); Gold's Gym Franchising, LLC (5009); Gold's Gym Licensing, LLC (5013); Gold's Gym Merchandising, LLC (4892); Gold's Gym Rockies, LLC (7129); Gold's Louisiana, LLC (9825); Gold's North Carolina, LLC (3221); Gold's Ohio, LLC (4396); Gold's Oklahoma, LLC (7577); Gold's St. Louis, LLC (4827); Gold's Southeast, LLC (9382); and Gold's Texas Holdings Group, Inc. (8156). The Debtors' mailing address is 4001 Maple Avenue, Suite 200, Dallas, Texas 75219.

5. *Debtors' Motion for Entry of an Order Authorizing the Debtors to Operate the Cash Management System, Maintain Existing Bank Accounts and Business Forms, and Continue to Perform Intercompany Transactions* [ECF No. 12 / 23];

6. *Debtors' Motion for Entry of an Order Authorizing the Debtors to Pay Pre-petition Claims of Critical Vendors* [ECF No. 13];

7. *Motion of the Debtors for Entry of an Order (A) Authorizing the Debtors to Remit and Pay Sales, Use, and Franchise Taxes and Certain Other Government Charges and (B) Approving Related Relief* [ECF No. 15];

8. *Debtors' Omnibus Motion for Entry of an Order Authorizing (I) Rejection of Certain Unexpired Non-Residential Real Property Leases and (II) Abandonment of Certain Personal Property Remaining on the Premises Covered by the Leases Effective* Nunc Pro Tunc *to the Petition Date* [ECF No. 16];

9. *Motion for Order Under Bankruptcy Code Sections 105(a), 363(b)&(f) and 365(a) and Bankruptcy Rules 6001, 6003, 6004 and 6006, Authorizing the Debtors to Assume Certain Agreements Concerning the Sale, Assignment and Transfer of Club-Related Assets Free and Clear of Liens, Claims and Encumbrances* [ECF No. 18];

10. *Debtors' Application for Order Appointing BMC Group, Inc. as Claims, Noticing, Solicitation, and Administrative Agent* [ECF No. 19];

11. *Motion for Interim and Final Authority for the Debtors to Use Cash Collateral, Obtain Debtor in Possession Financing, Determining Adequate Protection, Superpriority Claim and Liens, and Granting Related Relief* [ECF No. 21].

**PLEASE BE FURTHER ADVISED** that any parties who wish to participate in the hearings by **videoconference** may do so via WebEx by clicking the following link:

- https://us-courts.webex.com/us-courts/j.php?MTID=m6b00345b9ee0240a9fbb27c43a7a9695
- Meeting number (access code): 479 795 128
- Meeting password: bankruptcy

**PLEASE BE FURTHER ADVISED** that any parties who wish to participate in the hearings by **phone** may do so via WebEx by clicking the following link:

- US/Canada dial-in: **1-650-479-3207** or use this link (tel:%2B1-650-479-3207,,*01*479795128%23%23*01*)
- Meeting number (access code): 479 795 128
- Meeting password: bankruptcy

**PLEASE BE FURTHER ADVISED** that any individual who intends to make a live videoconference or teleconference appearance must provide written notice of the same to Judge Hale's courtroom deputy at hdh_settings@txnb.uscourts.gov in advance of the Hearing, consistent with the requirements set forth in Judge Hale's telephonic hearing policy.

**OF THIS NOTICE TAKE DUE REGARD.**

Dated: May 4, 2020

Respectfully submitted,

**DYKEMA GOSSETT PLLC**

By: /s/ Aaron M. Kaufman
 Aaron M. Kaufman
 State Bar No. 24060067
 akaufman@dykema.com
 Ariel J. Snyder (pro hac vice pending)
 State Bar No. 24115436
 asnyder@dykema.com
 Comerica Bank Tower
 1717 Main Street, Suite 4200
 Dallas, Texas 75201
 Telephone: (214) 462-6400
 Facsimile: (214) 462-6401

 and

 Danielle N. Rushing
 State Bar No. 24086961
 drushing@dykema.com
 112 East Pecan Street, Suite 1800
 San Antonio, Texas 78205
 Telephone: (210) 554-5500
 Facsimile: (210) 226-8395

 **PROPOSED COUNSEL FOR DEBTORS
 AND DEBTORS-IN-POSSESSION**