**<u>EXHIBIT 3</u>**

**Aizen Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **IN RE:** § | **CASE NO. 20-31318-hdh11** |
| § | |
| **GGI HOLDINGS, LLC, et al.,** § | **CHAPTER 11** |
| § | |
| **DEBTORS.** § | **(Jointly Administered)** |

## DECLARATION OF JARRON AIZEN

I hereby declare:

1.      I am the Founder and Director of One Fit Stop USA Corp. ("<u>OFS</u>").  OFS is a fitness application developer that helps gyms provide their customers with a seamless mobile experience.

2.      OFS provided services to the Debtors on the basis of the letter of intent annexed hereto as <u>Exhibit A</u>.

3.      OFS received payment in the ordinary course for services rendered under the LOI, following submission of invoices, notwithstanding that more formal documentation was not executed until March 2020 following negotiation with the Debtors and other parties.  Specifically, OFS received payments as provided in the following chart:

| Work Period | Invoice Amount | Invoice Transmitted | Amount Paid | Payment Date | Notes |
|---|---|---|---|---|---|
| 09/01/19 - 10/06/19 | $80,000 | 08/29/19 | $80,000 | 08/29/19 | |
| 10/07/19 - 10/29/19 | $80,000 | 11/27/19 | $80,000 | 11/27/19 | |
| 10/30/19 – 11/20/19 | $80,000 | 12/18/19 | $80,000 | 01/10/20 | |
| 11/21/19 - 12/12/19 | $80,000 | 01/23/20 | $80,000 | 02/14/20 | |
| 12/13/19 – 01/04/20 | $80,000 | 01/02/20 | $80,000 | 02/14/20 | |
| 01/05/20 - 01/25/20 | $80,000 | 01/03/20 | $40,000 | 04/22/20 | Partial payment |
| 01/26/20 - 03/14/20 | $200,000 | 03/15/20 | - | - | Increased invoice adjustment for work period |

| | | | | | hourly allocation reconciliation |
|---|---|---|---|---|---|
| 03/15/20 - 04/30/20 | $170,000 | 04/01/20 | - | - | |

Total Invoiced: $850,000

Total Received: $440,000

4. The invoices that are the subject of OFS's proof of claim are annexed hereto as Exhibit B.

5. Backup in the form of time detail recorded for amounts billed under those invoices is annexed hereto as Exhibit C.

6. Roughly six months after work commenced, OFS entered into a Master Licensing Agreement with Gold's Gym Licensing LLC ("GGL"), dated March 3, 2020; and GGL also executed two Statements of Work in respect of the subject project.

7. At no point prior to the commencement of the Golds' Gym bankruptcy cases on May 4, 2020 was I ever given a "stop work" order, or otherwise advised by management to stop working on the Element 79 project.  To the contrary, we were encouraged to continue devoting time and effort to the project up to the commencement of the bankruptcy case by Adam Zeitsiff and Tory Hale.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 5 , 2021.

*Jarron Aizen*
Jarron Aizen

## EXHIBIT A

**Letter of Intent**



Via Email

Gold's Holdings Corp.
4001 Maple Avenue
Dallas, Texas 75219
Attn: Adam Zeitsiff

Re: Letter of Intent between Gold's Holding Corp. ("Gold's Gym" or "GG") and One Fit Stop USA Corp. ("OFS")

Dear Gold's Gym:

The parties, Golds Gym and OFS (each individually a "**Party**" and collectively the "**Parties**"), hereby enter into this Letter of Intent **("LOI")** to confirm their intent to form of a collaboration (the "**Transaction**") on terms substantially in accordance with those contained in Exhibit A hereto. The Parties acknowledge that the Exhibit A states the basic terms of the understanding between the Parties and is subject to the further negotiation and preparation of an agreement containing the full terms of the collaboration between the Parties (the "**Definitive Agreement**"). Each Party agrees to act in good faith in an effort to negotiate, execute and deliver the Definitive Agreement on or before 90 days from the date this LOI is fully executed by both Parties.

1. <u>Good Faith Deposit</u>. In furtherance of establishing good faith, Gold's Gym agrees to provide OFS with an initial deposit of $80,000 (the "**Deposit**" payable by wire transfer of immediately available funds), so that during the interim period until a Definitive Agreement is negotiated and executed or a Party terminates this LOI pursuant to Section 4(ii), OFS's actually incurred and reasonable expenses ("**Covered Expenses**") are covered for the development of the specific software required by Gold's Gym. In the event the Parties execute the Definitive Agreement, the Deposit shall be credited towards the final cost of the software and services set forth in the Definitive Agreement. In the event a Party terminates this LOI pursuant to Section 4(ii), OFS shall be entitled to reimbursement of its Covered Expenses through the date of termination of this LOI, such reimbursement amount not to exceed the Deposit, and OFS shall promptly refund to Gold's Gym any excess amount after subtracting Covered Expenses from the Deposit.

2. <u>Non-Binding</u>. Except for the provisions set forth in Sections 1, Section 5 through Section 12, the requirement of this paragraph regarding entry into negotiations, and the provisions in Exhibit A regarding ownership of the GG Work Product (as defined in Exhibit A) in the event of a termination, this LOI is not binding on the Parties; it is only an expression of basic terms and conditions that the Parties presently intend to incorporate in a formal written

agreement that will govern the **Definitive Agreement**. No binding agreement shall exist with respect to the Transaction unless and until the Definitive Agreement has been duly executed and delivered by both Parties. As soon as practicable following the acceptance and approval of this LOI by Gold's Gym, the Parties shall enter into negotiations with the objective of executing the Definitive Agreement within 90 days thereafter. OFS's counsel shall prepare the initial draft of the Definitive Agreement.

3. <u>Development and Supply of Services and Software</u>. It is the present intention of the Parties that, upon execution of the Definitive Agreement, Gold's Gym would purchase and OFS would sell and provide the software and services as it relates to the implementation of that software for Gold's Gym and the integration of OFS's software with the software of Morpheus as set forth in the attached **Exhibit A**, at the estimated costs set forth therein. The Definitive Agreement shall contain such covenants, conditions, indemnities, representations, and warranties as the Parties shall mutually agree. It is also mutually agreed that OFS is not responsible for and is not a contractor or subcontractor of Morpheus and that Gold's Gym will enter into a separate agreement with Morpheus, unless Morpheus and OFS decide to create a joint venture or other entity or agreement to expedite and detail their collaboration of each of their respective software programs. Notwithstanding the foregoing, OFS shall make commercially reasonable efforts to coordinate and cooperate with Morpheus subject to Morpheus acting reasonably to complete the various milestones required by Gold's Gym, but under no circumstances will OFS be liable for any delays or actions, inactions, intentional, negligent or any other acts of Morpheus and that OFS shall be entitled to an extension of time for any such delays caused by Morpheus or Gold's Gym.

4. <u>Term and Termination</u>. This LOI will automatically terminate and be of no further force and effect upon the earlier of (i) execution of the Definitive Agreement by Gold's Gym and OFS, or (ii) a Party's receipt of written notice of termination from the other Party. Notwithstanding anything in the previous sentence, Sections 1, Section 5 through Section 12 shall survive the termination of this LOI and the termination of this LOI shall not affect any rights a Party has with respect to the breach of the binding portions of this LOI by the other Party prior to such termination.

5. <u>Dispute Resolution</u>

a. <u>Step Negotiation -</u> In the event of a dispute regarding this LOI, the Parties will attempt to resolve the dispute amicably and promptly by appointing a senior executive of each party to attempt to mutually agree upon a resolution. Either party may give the other party written notice of any dispute or claim. Within ten (10) days after delivery of said notice, the executives will meet at a mutually acceptable time and place if meeting personally within the State of New York or Texas on a alternate basis and thereafter as often as they reasonably deem necessary to exchange information and attempt to resolve the dispute or claim within thirty (30) days. If the two senior executives cannot reach a resolution, the dispute may be set for arbitration as described herein.

b. <u>Arbitration -</u> In the event of a dispute arising out of or relating to this LOI, including any modification or breach thereof that cannot be resolved between them, the Parties agree to submit the dispute to binding arbitration, pursuant to the terms of the American

Arbitration Association ("AAA"), Commercial Rules. The party wishing to have any dispute submitted to arbitration (the "Claimant") will give notice to the other party (the "Respondent") specifying the particulars of any issue in dispute and proposing the name of the individual it wishes to be the single arbitrator. Within fifteen (15) days thereafter, the Respondent will give notice to the Claimant advising whether the Respondent accepts the arbitrator proposed by the Claimant. If notice is not given within the fifteen (15) day period, the Respondent will be deemed to have accepted the arbitrator proposed by the Claimant. In the event that the parties cannot agree on a single arbitrator within the fifteen (15) day period, the arbitrator will be selected in accordance with the AAA. No such arbitrator will have previously been employed by either party and will not have a direct or indirect interest in either party or the subject matter of the arbitration. The cost of the arbitration (excluding a party's legal fees and disbursements) will, unless otherwise ordered by the arbitrator or the panel, be borne equally by the parties. The decision of the arbitrator will be final and binding and the beneficiary of any award of the arbitrator may bring proceedings in any jurisdiction to enforce the award or any judgment enforcing the award. The bringing of such proceedings in one or more jurisdictions will not preclude the bringing of enforcement proceedings in any other jurisdiction. In connection with any such proceeding, each party waives any right to de novo review of the award against that party. All matters relating to any arbitration held pursuant to this paragraph, including the existence of the dispute and its referral to arbitration, shall be held in confidence by both parties and disclosed only with the consent of both parties or if required by law.

      c.   <u>Continued Performance</u> **–** Unless the LOI is terminated as provided herein, all work and the performance of all other obligations, including undisputed payments, under the LOI will continue during the dispute resolution proceeding.

      6.   <u>Force Majeure</u>.  The Definitive Agreement will contain a customary force majeure provision.

      7.   <u>Change Orders</u>.  The Definitive Agreement will contain a customary change order provision.

      8.   <u>Notices.</u>  Any Notice pursuant to this LOI will be in writing and (i) delivered personally, (ii) sent by certified mail, return receipt requested, (iii) sent by a recognized overnight mail or courier service, with delivery receipt requested, or (iv) sent by confirmed facsimile transmission with telephonic confirmation or email with a confirmed read receipt, to the addresses set forth in this LOI. Notices will be effective when received by the other party. Any technical or other communications pertaining to the work will be with the Parties' designated representative. Each Party will notify the other in writing of the name of such representatives.

      9.   <u>Governing Law</u>. This LOI shall be governed by and construed in accordance with the internal laws of the state of New York, without giving effect to any choice or conflict of law provision or rule (whether of the state of New York or any other jurisdiction) that would cause the application of laws of any jurisdiction other than those of the state of New York.

      10.   <u>Confidentiality</u>. This LOI, the matters discussed herein and information provided by one Party to the other in connection herewith (collectively, "**Information**") are confidential and is

subject to the confidentiality agreement entered into between Gold's Gym and OFS on March 28, 2019, which continues in full force and effect.

11. <u>No Third-Party Beneficiaries</u>. Nothing herein is intended or shall be construed to confer upon any person or entity other than the Parties and their successors or assigns, any rights or remedies under or by reason of this LOI.

12. **LIMITATION OF LIABILITY. NEITHER PARTY SHALL BE LIABLE TO THE OTHER (NOR TO ANY PERSON CLAIMING RIGHTS DERIVED FROM THE OTHER PARTY'S RIGHTS) FOR INCIDENTAL, INDIRECT, CONSEQUENTIAL, SPECIAL, PUNITIVE, OR EXEMPLARY DAMAGES OF ANY KIND -- INCLUDING LOST REVENUES OR PROFITS, LOSS OF BUSINESS AND LOSS OF DATA -- IN ANY WAY RELATED TO THIS LOI (INCLUDING WITHOUT LIMITATION AS A RESULT OF ANY BREACH OF ANY WARRANTY OR OTHER TERM OF THIS LOI OR AS A RESULT OF NEGLIGENCE OR BREACH OF STATUTORY DUTY), REGARDLESS OF WHETHER THE PARTY THAT IS LIABLE OR ALLEGEDLY LIABLE WAS ADVISED, HAD OTHER REASON TO KNOW, OR IN FACT KNEW OF THE POSSIBILITY THEREOF. EXCEPT AS SET FORTH IMMEDIATELY BELOW, UNDER NO CIRCUMSTANCES WILL OFS BE LIABLE FOR ANY AMOUNT OF MONIES THAT EXCEED THE AMOUNT PAID TO OFS UNDER THIS LOI.**

a. **Exceptions.** Notwithstanding anything in this LOI to the contrary, the limitations and disclaimers of liability and remedies set forth in this LOI shall not apply to, or in any way limit the potential damages recoverable as a result of: (a) any claims by a party against the other party for unauthorized use or disclosure of Confidential Information; (b) indemnity claims or (c) the other party's gross negligence or willful misconduct (d) or breach of any intellectual property rights

13. <u>Expenses</u>. Each of the Parties shall bear its respective costs, charges, and expenses for the business review, preparation, and negotiation of this LOI and the Definitive Agreement or incurred in connection with the transactions contemplated thereby, including, but not limited to, fees of their respective counsel, accountants, and other advisors or consultants.

14. <u>Severability</u>. If any provision of this LOI is held to be unenforceable or invalid, the other provisions shall continue in full force and effect.

15. <u>Miscellaneous</u>. Neither this LOI nor any rights or obligations hereunder may be assigned, delegated, or conveyed by either Party without the prior written consent of the other Party. This LOI may be executed in counterparts, each of which shall be deemed to be an original, but all of which together shall constitute one agreement. A signed copy of this LOI delivered by facsimile, e-mail or other means of electronic transmission shall be deemed to have the same legal effect as delivery of an original signed copy of this LOI. The headings of the various sections of this LOI have been inserted for reference only and shall not be deemed to be a part of this LOI.

[SIGNATURE PAGE FOLLOWS]

If you are in agreement with the terms set forth above and wish to proceed with negotiating a Definitive Agreement for the proposed Transaction on that basis, please sign this LOI in the space provided below and return an executed copy to the attention of Jarron Aizen at OFS.

Very truly yours,

One Fit Stop USA Corp.

By: Jarron Aizen

*Jarron Aizen*

Title: Director, CEO

**Agreed to and accepted:**

Golds Holdings Corp.

By: Adam M. Zeitsiff

*Adam M. Zeitsiff*
Adam M. Zeitsiff (Aug 25, 2019)

Title: President & CEO

Aug 25, 2019

**EXHIBIT A**

SUMMARY BUSINESS TERMS OF TRANSACTION

## Article I.   Engagement Aims

- GG is engaging with OFS to integrate the MP technology into a Single App Solution. The development of the software will enable the GG Boutique Standalone Division to launch utilizing the OFS Out of the Box (OOTB) functionality and new software development in Q2 2020.
- The project name will be Gold's Gym, OneFitStop, Morpheus Software ("**GOMS**" or the "**Project**").
- GOMS development will commence upon execution of this LOI and payment of the Deposit and is targeted for completion on 31st March 2020.
- It is expected that work phase covered by this LOI, to be known as "Phase I", will take approximately 90 days to complete based upon the information the Parties have exchanged through the date of execution of this LOI.  At the conclusion of Phase I, the key deliverables will be:
  - Statement of Work for the entire Project;
  - Estimated time required by OFS to complete the Project, costs, milestones and timeline for the remainder of the Project;
  - Contractual terms and conditions, inclusive of payments associated with the subsequent required Phases of the project to completion;
  - Definition of the GG IP components;
  - Master License Agreement – agreed terms and conditions.
  - Cooperation amongst the Parties regarding the design, architecture and project management
  - UI/UX Design of the Single App Solution
- GG will fund the development of the Integrated MP/OFS solution pursuant to this LOI and the Definitive Agreement.  The components that constitute this integration will be known as GOMS.  GG will fund the cost of the development of GOMS, inclusive of any specific add-ons required in the OOTB functionality, and development costs associated with MP, pursuant to this LOI and the Definitive Agreement. GG will enter into a separate engagement with MP for the associated costs and master license agreement with MP. Charges for all work and expenses as substantiated by OFS time sheets, at mutually agreed upon rates and expenses incurred during Phase 1, will be offset against the Deposit in accordance with Section 1 of this LOI.
- The Master License Agreement will specify the fees to be paid by GG for the use of the existing OFS software, and will also include merchant transaction fees.  The software, documents and other intellectual property developed specifically pursuant to this LOI and the Definitive Agreement that are specifically created for GG solely ("**GG Work Product**") will be owned by GG as further detailed in the Definitive Agreement.
- Three individuals each representing the three parties shall make up the GOMS Steering Committee. The representatives on the GOMS Steering Committee will be senior level

executives from each organization. This Committee will meet by phone or together on the first Tuesday of each month (at a minimum) with written minutes of decisions taken to ensure project goals, funding and timelines shall be prepared by OFS.

- Upon termination of this LOI pursuant to Section 4(ii) herein, all GG Work Product will be forwarded to GG (and OFS will execute any reasonable documentation to effectuate GG's ownership thereof) and OFS shall continue to own all of its intellectual property it previously owned. OFS reserves all intellectual property rights, titles, and interests, not expressly granted to GG under this LOI and the Definitive Agreement including, but not limited to, all intellectual property rights, titles, and interests to any improvements made to any of the licensed technologies. Except for the rights granted to GG herein and in the Definitive Agreement OFS does not grant to GG or any other person any right, title, or interest (including any license to improvements, improvement IP, or any other IP claiming improvements), by implication, estoppel, or otherwise.

# Article II.  Personnel

- GG, OFS and MP will identify a specific person with necessary skills and seniority who is to lead the project from their company. Such individuals to be dedicated as required to the project. The lead personnel will be responsible for reporting progress and obtaining signoff on key decisions from the Steering Committee.

# Article III. Components and KPIs

- Each customized component of the technology developed by OFS for GOMS is to be outlined in a Statement of work ("SOW") document within one month after the execution of this LOI.
- Achievement of Key Deliverables will be monitored and tracked by the Steering Committee. The Steering Committee will be responsible for making sure appropriate resources are applied and decisions are made to ensure that the Project progresses as expected. Minutes of the monthly meetings will be circulated to all parties as a record and prepared by a officer of OFS.

# Article IV. Budget

- OFS will provide estimates of development cost for subsequent Phases at the completion of Phase I, for the OFS components. These will be for budgeting purposes solely and will be finalized in the Definitive Agreement. The Parties shall both agree to the specifications of each Phase of the Project in a writing executed by both Parties which will include the approximate hours required to complete the work, costs, out of pocket expenses, timeframe and various milestone dates, along with payments to be made prior to the commencement of each phase.

LOI 7.15.19 LSC

- Fixed charges for projected work will be made as mutually agreed between the Parties in a SOW, subject to the change order procedures in the Definitive Agreement.
- The budget estimate of this Project is USD $850,000 exclusive of taxes and travel, lodging and pass-through expenses detailed below. This is merely an estimate based upon the information exchanged between the Parties through the date this LOI is executed. It is subject to change based upon various circumstances including but not limited to force majeure events, change orders and/or delays caused by GG or other third parties involved in this Project. It is estimated based on limited information available at this time that a total of 105 months of personnel time [160 hours per week of billable time] (including project management) will be required to execute of the requirements over a period of 10 months.
- Pre-approved and reasonable travel, lodging and other pass-through expenses including outside consultancy engagements will be offset against the Deposit in accordance with Section 1 of this LOI.

# Golds Gym &amp; OneFitStop LOI 08:25:2019

**Final Audit Report** 2019-08-25

| | |
|---|---|
| Created: | 2019-08-25 |
| By: | jarron Aizen (ajarron@hotmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAnZfte0vZmScvj9SSHD7G_BhydIQlTIdz |

## "Golds Gym &amp; OneFitStop LOI 08:25:2019" History

📄 Document created by jarron Aizen (ajarron@hotmail.com)
2019-08-25 - 12:55:29 PM GMT- IP address: 1.157.135.150

📧 Document emailed to Adam M. Zeitsiff (azeitsiff@goldsgym.com) for signature
2019-08-25 - 12:57:03 PM GMT

📄 Email viewed by Adam M. Zeitsiff (azeitsiff@goldsgym.com)
2019-08-25 - 1:01:09 PM GMT- IP address: 76.85.19.139

🖋 Document e-signed by Adam M. Zeitsiff (azeitsiff@goldsgym.com)
Signature Date: 2019-08-25 - 2:06:44 PM GMT - Time Source: server- IP address: 76.85.19.139

✅ Signed document emailed to tory.hale@goldsgym.com, jarron Aizen (ajarron@hotmail.com) and Adam M. Zeitsiff (azeitsiff@goldsgym.com)
2019-08-25 - 2:06:44 PM GMT

Adobe Sign

## EXHIBIT B

**Invoices**



**One Fit Stop USA Corp**

c/o Marcus Gettry, 88 Froehlich Farm Blvd 3rd Fl

Woodbury, NY  11797 US

(929) 365-4234

jarron.aizen@onefitstop.com,russel.aizen@onefitstop.com

www.onefitstop.com

# INVOICE

BILL TO

Mr Tory Hale

Gold's Holding Corp.

4001 Maple Avenue

Suite 200

Dallas, Texas  75219

INVOICE    1005

DATE    03/01/2020

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/01/2020 | March Invoice | 80,000.00 |

| | | |
|---|---|---|
| PAYMENT | | 40,000.00 |
| **BALANCE DUE** | | **$40,000.00** |

SOW 2 Sprint Work: Sprint 10 and 11 including:
- iOS completion for static UI development for all Morpheus integrated components
- Android static UI development for all Morpheus integrated components
- Morpheus SDK analysis including definition of scope of work by OneFitStop and planning of future sprints to include integration.
- Scope and R&D for script based website embed
- Ongoing meetings for Operations and Sandbox set up
- 2.1.2- (1.5 & 1.9 & 1.25) - R&D and Hardware testing
- 2.1.2 - (1.16 *1.17) - Backend development
- SDK integration

**One Fit Stop USA Corp**

c/o Marcus Gettry, 88 Froehlich Farm Blvd 3rd Fl
Woodbury, NY 11797 US
(929) 365-4234
jarron.aizen@onefitstop.com,russel.aizen@onefitstop.com
www.onefitstop.com



# INVOICE

| BILL TO | | INVOICE | 1015 |
|---|---|---|---|
| Gold's Holding Corp. | | DATE | 03/15/2020 |
| 4001 Maple Avenue | | | |
| Suite 200 | | | |
| Dallas, Texas 75219 | | | |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/15/2020 | March Platform Development (Pt. 2) | 200,000.00 |

SOW 2 Sprint Work

BALANCE DUE **$200,000.00**

- Morpheus SDK Integration including architecture for 2.1.2 - 1.32.
- Development for script based website embed
- Ongoing meetings for Operations and Sandbox set up, Engage Marketing set-up and May Beta planning
- Development of requirements 2.1.2
- Additional styling options as per 2.1.2 - 1.44

**One Fit Stop USA Corp**

c/o Marcus Gettry, 88 Froehlich Farm Blvd 3rd Fl
Woodbury, NY 11797 US
(929) 365-4234
jarron.aizen@onefitstop.com,russel.aizen@onefitstop.com
www.onefitstop.com



## INVOICE

| BILL TO | | INVOICE | 1016 |
|---|---|---|---|
| Gold's Holding Corp. | | DATE | 04/01/2020 |
| 4001 Maple Avenue | | | |
| Suite 200 | | | |
| Dallas, Texas 75219 | | | |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/01/2020 | April Platform Development | 170,000.00 |

SOW 2 Sprint Work

BALANCE DUE **$170,000.00**

- Morpheus SDK Integration
- Development of requirements 2.1.2
- Ongoing testing, QA, UAT
- Readiness of sample E79 app build, custom strings, branding.

# **EXHIBIT C**

**Backup**

| Row Labels | Sum of Hours | Total Billing |
|---|---|---|
| **2019** | **5450** | **$386,700.00** |
| Sep | 930 | $60,500.00 |
| Oct | 1420 | $108,800.00 |
| Nov | 1570 | $110,900.00 |
| Dec | 1530 | $106,500.00 |
| **2020** | **6530** | **$465,000.00** |
| Jan | 1680 | $115,800.00 |
| Feb | 1740 | $122,400.00 |
| Mar | 1720 | $125,400.00 |
| Apr | 1390 | $101,400.00 |
| **Grand Total** | **11980** | **$851,700.00** |

| Total | Column Labels | | | | | | | | Grand Total |
|---|---|---|---|---|---|---|---|---|---|
| | 2019 | | | | 2020 | | | | |
| Row Labels | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | |
| CEO | $6,000.00 | $15,000.00 | $4,500.00 | $4,500.00 | $6,000.00 | $9,000.00 | $9,000.00 | $6,000.00 | $60,000.00 |
| Director of Engineering | | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $33,600.00 |
| Jnr. Android Dev | $6,400.00 | $6,400.00 | $6,400.00 | $6,400.00 | $6,400.00 | $6,400.00 | $6,400.00 | $4,800.00 | $49,600.00 |
| Jnr. iOS Dev | $6,400.00 | $6,400.00 | $6,400.00 | $6,400.00 | $6,400.00 | $6,400.00 | $6,400.00 | $4,800.00 | $49,600.00 |
| Manager of App Dev | $14,400.00 | $14,400.00 | $14,400.00 | $14,400.00 | $14,400.00 | $14,400.00 | $14,400.00 | $10,800.00 | $111,600.00 |
| Manager QA | | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $7,200.00 | $61,200.00 |
| Mid. Android Dev | | | | | $6,400.00 | $6,400.00 | $6,400.00 | $4,800.00 | $30,400.00 |
| Mid. iOS Dev | | | $7,200.00 | | | | | | $7,200.00 |
| Mid. QA | | $5,400.00 | $5,400.00 | $5,400.00 | $5,400.00 | $5,400.00 | $5,400.00 | $4,500.00 | $36,900.00 |
| Operations Manager | | | | | | | $7,200.00 | $7,200.00 | $14,400.00 |
| Product Lead | | $19,200.00 | $19,200.00 | $19,200.00 | $19,200.00 | $19,200.00 | $19,200.00 | $19,200.00 | $134,400.00 |
| Project Manager | | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $25,200.00 |
| Snr. Design | $7,695.00 | $5,400.00 | $10,800.00 | $3,600.00 | $2,700.00 | $2,700.00 | $6,300.00 | $2,250.00 | $41,445.00 |
| Snr. Developer | $19,605.00 | $19,200.00 | $19,200.00 | $22,800.00 | $31,500.00 | $35,100.00 | $27,300.00 | $21,450.00 | $196,155.00 |
| **Grand Total** | **$60,500.00** | **$108,800.00** | **$110,900.00** | **$106,500.00** | **$115,800.00** | **$122,400.00** | **$125,400.00** | **$101,400.00** | **$851,700.00** |

| Staff Member | Month | Type | Hours | Rate | GG Billing |
|---|---|---|---|---|---|
| Rick Jones | Oct-19 | Product Lead | 160 | $120.00 | $19,200.00 |
| Rick Jones | Nov-19 | Product Lead | 160 | $120.00 | $19,200.00 |
| Rick Jones | Dec-19 | Product Lead | 160 | $120.00 | $19,200.00 |
| Rick Jones | Jan-20 | Product Lead | 160 | $120.00 | $19,200.00 |
| Rick Jones | Feb-20 | Product Lead | 160 | $120.00 | $19,200.00 |
| Rick Jones | Mar-20 | Product Lead | 160 | $120.00 | $19,200.00 |
| Rick Jones | Apr-20 | Product Lead | 160 | $120.00 | $19,200.00 |
| Rhonda Jenkins | Mar-20 | Operations Manager | 80 | $90.00 | $7,200.00 |
| Rhonda Jenkins | Apr-20 | Operations Manager | 80 | $90.00 | $7,200.00 |
| Jarron Aizen | Sep-19 | CEO | 40 | $150.00 | $6,000.00 |
| Jarron Aizen | Oct-19 | CEO | 100 | $150.00 | $15,000.00 |
| Jarron Aizen | Nov-19 | CEO | 30 | $150.00 | $4,500.00 |
| Jarron Aizen | Dec-19 | CEO | 30 | $150.00 | $4,500.00 |
| Jarron Aizen | Jan-20 | CEO | 40 | $150.00 | $6,000.00 |
| Jarron Aizen | Feb-20 | CEO | 60 | $150.00 | $9,000.00 |
| Jarron Aizen | Mar-20 | CEO | 60 | $150.00 | $9,000.00 |
| Jarron Aizen | Apr-20 | CEO | 40 | $150.00 | $6,000.00 |
| Ram Sharma | Sep-19 | Snr. Developer | 160 | $60.00 | $9,600.00 |
| Ram Sharma | Oct-19 | Snr. Developer | 160 | $60.00 | $9,600.00 |
| Ram Sharma | Nov-19 | Snr. Developer | 160 | $60.00 | $9,600.00 |
| Ram Sharma | Dec-19 | Snr. Developer | 160 | $60.00 | $9,600.00 |
| Ram Sharma | Jan-20 | Snr. Developer | 160 | $60.00 | $9,600.00 |
| Ram Sharma | Feb-20 | Snr. Developer | 160 | $60.00 | $9,600.00 |
| Ram Gupta | Sep-19 | Snr. Developer | 160 | $60.00 | $9,600.00 |
| Ram Gupta | Oct-19 | Snr. Developer | 160 | $60.00 | $9,600.00 |
| Ram Gupta | Nov-19 | Snr. Developer | 160 | $60.00 | $9,600.00 |
| Ram Gupta | Dec-19 | Snr. Developer | 160 | $60.00 | $9,600.00 |
| Ram Gupta | Jan-20 | Snr. Developer | 160 | $60.00 | $9,600.00 |
| Ram Gupta | Feb-20 | Snr. Developer | 160 | $60.00 | $9,600.00 |
| Ram Gupta | Mar-20 | Snr. Developer | 160 | $60.00 | $9,600.00 |
| Ram Gupta | Apr-20 | Snr. Developer | 160 | $60.00 | $9,600.00 |
| Kapil Kumar | Jan-20 | Snr. Developer | 80 | $60.00 | $4,800.00 |
| Kapil Kumar | Feb-20 | Snr. Developer | 80 | $60.00 | $4,800.00 |
| Kapil Kumar | Mar-20 | Snr. Developer | 80 | $60.00 | $4,800.00 |
| Kapil Kumar | Apr-20 | Snr. Developer | 80 | $60.00 | $4,800.00 |
| Arvind Kumar | Jan-20 | Snr. Developer | 80 | $60.00 | $4,800.00 |
| Arvind Kumar | Feb-20 | Snr. Developer | 80 | $60.00 | $4,800.00 |
| Arvind Kumar | Mar-20 | Snr. Developer | 80 | $60.00 | $4,800.00 |
| Arvind Kumar | Apr-20 | Snr. Developer | 80 | $60.00 | $4,800.00 |
| Vineet Aggarwal | Sep-19 | Manager of App Dev | 160 | $90.00 | $14,400.00 |
| Vineet Aggarwal | Oct-19 | Manager of App Dev | 160 | $90.00 | $14,400.00 |
| Vineet Aggarwal | Nov-19 | Manager of App Dev | 160 | $90.00 | $14,400.00 |
| Vineet Aggarwal | Dec-19 | Manager of App Dev | 160 | $90.00 | $14,400.00 |
| Vineet Aggarwal | Jan-20 | Manager of App Dev | 160 | $90.00 | $14,400.00 |
| Vineet Aggarwal | Feb-20 | Manager of App Dev | 160 | $90.00 | $14,400.00 |
| Vineet Aggarwal | Mar-20 | Manager of App Dev | 160 | $90.00 | $14,400.00 |
| Vineet Aggarwal | Apr-20 | Manager of App Dev | 120 | $90.00 | $10,800.00 |

| | | | | | |
|---|---|---|---|---|---|
| Yogesh Kumar | Sep-19 | Jnr. Android Dev | 160 | $40.00 | $6,400.00 |
| Yogesh Kumar | Oct-19 | Jnr. Android Dev | 160 | $40.00 | $6,400.00 |
| Yogesh Kumar | Nov-19 | Jnr. Android Dev | 160 | $40.00 | $6,400.00 |
| Yogesh Kumar | Dec-19 | Jnr. Android Dev | 160 | $40.00 | $6,400.00 |
| Yogesh Kumar | Jan-20 | Jnr. Android Dev | 160 | $40.00 | $6,400.00 |
| Yogesh Kumar | Feb-20 | Jnr. Android Dev | 160 | $40.00 | $6,400.00 |
| Yogesh Kumar | Mar-20 | Jnr. Android Dev | 160 | $40.00 | $6,400.00 |
| Yogesh Kumar | Apr-20 | Jnr. Android Dev | 120 | $40.00 | $4,800.00 |
| Abhishek Sharma | Sep-19 | Jnr. iOS Dev | 160 | $40.00 | $6,400.00 |
| Abhishek Sharma | Oct-19 | Jnr. iOS Dev | 160 | $40.00 | $6,400.00 |
| Abhishek Sharma | Nov-19 | Jnr. iOS Dev | 160 | $40.00 | $6,400.00 |
| Abhishek Sharma | Dec-19 | Jnr. iOS Dev | 160 | $40.00 | $6,400.00 |
| Abhishek Sharma | Jan-20 | Jnr. iOS Dev | 160 | $40.00 | $6,400.00 |
| Abhishek Sharma | Feb-20 | Jnr. iOS Dev | 160 | $40.00 | $6,400.00 |
| Abhishek Sharma | Mar-20 | Jnr. iOS Dev | 160 | $40.00 | $6,400.00 |
| Abhishek Sharma | Apr-20 | Jnr. iOS Dev | 120 | $40.00 | $4,800.00 |
| Vikas Shankhdhar | Nov-19 | Mid. iOS Dev | 160 | $45.00 | $7,200.00 |
| Hariom Mishra | Dec-19 | Mid. Android Dev | 160 | $40.00 | $6,400.00 |
| Hariom Mishra | Jan-20 | Mid. Android Dev | 160 | $40.00 | $6,400.00 |
| Hariom Mishra | Feb-20 | Mid. Android Dev | 160 | $40.00 | $6,400.00 |
| Hariom Mishra | Mar-20 | Mid. Android Dev | 160 | $40.00 | $6,400.00 |
| Hariom Mishra | Apr-20 | Mid. Android Dev | 120 | $40.00 | $4,800.00 |
| Atul Roy | Oct-19 | Mid. QA | 120 | $45.00 | $5,400.00 |
| Atul Roy | Nov-19 | Mid. QA | 120 | $45.00 | $5,400.00 |
| Atul Roy | Dec-19 | Mid. QA | 120 | $45.00 | $5,400.00 |
| Atul Roy | Jan-20 | Mid. QA | 120 | $45.00 | $5,400.00 |
| Atul Roy | Feb-20 | Mid. QA | 120 | $45.00 | $5,400.00 |
| Atul Roy | Mar-20 | Mid. QA | 120 | $45.00 | $5,400.00 |
| Atul Roy | Apr-20 | Mid. QA | 100 | $45.00 | $4,500.00 |
| Ashish Kumar | Oct-19 | Manager QA | 100 | $90.00 | $9,000.00 |
| Ashish Kumar | Nov-19 | Manager QA | 100 | $90.00 | $9,000.00 |
| Ashish Kumar | Dec-19 | Manager QA | 100 | $90.00 | $9,000.00 |
| Ashish Kumar | Jan-20 | Manager QA | 100 | $90.00 | $9,000.00 |
| Ashish Kumar | Feb-20 | Manager QA | 100 | $90.00 | $9,000.00 |
| Ashish Kumar | Mar-20 | Manager QA | 100 | $90.00 | $9,000.00 |
| Ashish Kumar | Apr-20 | Manager QA | 80 | $90.00 | $7,200.00 |
| Gopal Agarwal | Oct-19 | Project Manager | 40 | $90.00 | $3,600.00 |
| Gopal Agarwal | Nov-19 | Project Manager | 40 | $90.00 | $3,600.00 |
| Gopal Agarwal | Dec-19 | Project Manager | 40 | $90.00 | $3,600.00 |
| Gopal Agarwal | Jan-20 | Project Manager | 40 | $90.00 | $3,600.00 |
| Gopal Agarwal | Feb-20 | Project Manager | 40 | $90.00 | $3,600.00 |
| Gopal Agarwal | Mar-20 | Project Manager | 40 | $90.00 | $3,600.00 |
| Gopal Agarwal | Apr-20 | Project Manager | 40 | $90.00 | $3,600.00 |
| Manish Agrawal | Oct-19 | Director of Engineering | 40 | $120.00 | $4,800.00 |
| Manish Agrawal | Nov-19 | Director of Engineering | 40 | $120.00 | $4,800.00 |
| Manish Agrawal | Dec-19 | Director of Engineering | 40 | $120.00 | $4,800.00 |
| Manish Agrawal | Jan-20 | Director of Engineering | 40 | $120.00 | $4,800.00 |
| Manish Agrawal | Feb-20 | Director of Engineering | 40 | $120.00 | $4,800.00 |

| | | | | | |
|---|---|---|---|---|---|
| Manish Agrawal | Mar-20 | Director of Engineering | 40 | $120.00 | $4,800.00 |
| Manish Agrawal | Apr-20 | Director of Engineering | 40 | $120.00 | $4,800.00 |
| Jungle Dev (contractors) | Sep-19 | Snr. Design | 26 | $90.00 | $2,340.00 |
| Jungle Dev (contractors) | Sep-19 | Snr. Developer | 4 | $90.00 | $360.00 |
| Jungle Dev (contractors) | Sep-19 | Snr. Design | 29.5 | $90.00 | $2,655.00 |
| Jungle Dev (contractors) | Sep-19 | Snr. Developer | 0.5 | $90.00 | $45.00 |
| Jungle Dev (contractors) | Sep-19 | Snr. Design | 30 | $90.00 | $2,700.00 |
| Jungle Dev (contractors) | Oct-19 | Snr. Design | 30 | $90.00 | $2,700.00 |
| Jungle Dev (contractors) | Oct-19 | Snr. Design | 30 | $90.00 | $2,700.00 |
| Jungle Dev (contractors) | Nov-19 | Snr. Design | 60 | $90.00 | $5,400.00 |
| Jungle Dev (contractors) | Nov-19 | Snr. Design | 60 | $90.00 | $5,400.00 |
| Jungle Dev (contractors) | Dec-19 | Snr. Design | 40 | $90.00 | $3,600.00 |
| Jungle Dev (contractors) | Dec-19 | Snr. Developer | 40 | $90.00 | $3,600.00 |
| Jungle Dev (contractors) | Jan-20 | Snr. Design | 30 | $90.00 | $2,700.00 |
| Jungle Dev (contractors) | Jan-20 | Snr. Developer | 30 | $90.00 | $2,700.00 |
| Jungle Dev (contractors) | Feb-20 | Snr. Design | 30 | $90.00 | $2,700.00 |
| Jungle Dev (contractors) | Feb-20 | Snr. Developer | 70 | $90.00 | $6,300.00 |
| Jungle Dev (contractors) | Mar-20 | Snr. Design | 30 | $90.00 | $2,700.00 |
| Jungle Dev (contractors) | Mar-20 | Snr. Developer | 50 | $90.00 | $4,500.00 |
| Jungle Dev (contractors) | Mar-20 | Snr. Design | 40 | $90.00 | $3,600.00 |
| Jungle Dev (contractors) | Mar-20 | Snr. Developer | 40 | $90.00 | $3,600.00 |
| Jungle Dev (contractors) | Apr-20 | Snr. Design | 25 | $90.00 | $2,250.00 |
| Jungle Dev (contractors) | Apr-20 | Snr. Developer | 25 | $90.00 | $2,250.00 |