# EXHIBIT 6

**Hale Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-31318-hdh11 |
| | § | |
| GGI HOLDINGS, LLC, et al., | § | CHAPTER 11 |
| | § | |
| DEBTORS. | § | (Jointly Administered) |

### DECLARATION OF TORY HALE

I hereby declare:

1. I was the Debtors' Head of Fitness, from August 2020-December 2020, and before then a Senior Director and Business Unit Manager (Studio Standalone Division).

2. I supervised the development of the Element 79 platform, and was the principal client contact for Morpheus Labs, Inc. ("Morpheus") and One Fit Stop USA Corp. ("OFS") in relation to the project.

3. As such, I have personal knowledge of the work performed by Morpheus and OFS during the nearly yearlong period preceding the commencement of the Debtors' bankruptcy cases on May 4, 2020.

4. At all relevant times, I and the Debtors' management team were very happy with the work performed and progress achieved by Morpheus and OFS, during a relatively short window given the complexity of the project.

5. During the course of the project, I encouraged Morpheus and OFS to submit invoices on the basis of estimated time, in order to expedite the Debtors' payment of their invoices.

6. To the best of my knowledge, information and belief, at no point were Morpheus or OFS ever issued a "stop work" order or otherwise directed to cease work on the subject project.

7. To the contrary, I personally encouraged Morpheus and OFS to continue working up to the commencement of the Debtors' bankruptcy cases on May 4, 2020; and did so because

we contemplated the development of the platform being instrumental to the Debtors' operational success following the onset of the Covid-19 pandemic.

8. The subject project was not abandoned until after the commencement of the Debtors' bankruptcy cases, after which the Debtors determined to sell their business, a result that would not have been affected by continuation of the Element 79 project.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on April ___, 2021.

_____<br>
Tory Hale (Apr 9, 2021 15:19 EDT)<br>
Tory Hale

# Hale Declaration

Final Audit Report                                                                 2021-04-09

| | |
|---|---|
| Created: | 2021-04-09 |
| By: | Brian Stout (brian@507capital.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAkgyBZuTpIDn4Jq-h5nIrieuEiOn-_BUi |

## "Hale Declaration" History

- Document created by Brian Stout (brian@507capital.com)
  2021-04-09 - 5:54:20 PM GMT- IP address: 32.212.78.29

- Document emailed to Tory Hale (toryhale@gmail.com) for signature
  2021-04-09 - 5:54:56 PM GMT

- Email viewed by Tory Hale (toryhale@gmail.com)
  2021-04-09 - 7:18:50 PM GMT- IP address: 174.196.15.56

- Document e-signed by Tory Hale (toryhale@gmail.com)
  Signature Date: 2021-04-09 - 7:19:17 PM GMT - Time Source: server- IP address: 174.196.15.56

- Agreement completed.
  2021-04-09 - 7:19:17 PM GMT

Adobe Sign