# GGI Holdings, LLC, et al.
## Case: 20-31318

**Quarterly Operating Report Notes:**

[1] The allowed claims amount of $29,779,822 caps the guarantee claims at the amount of the of lease rejection claim. Allowed non-convenience GUC claims have been paid a 35% distribution to date.

[2] All cases with the exception of GGI Holdings, LLC were closed per the Final Decree Closing Certain of the Chapter 11 Cases on August 13, 2024 [doc. 1337].

# Exhibit A

| Entity | Case No. | Case Status |
|---|---|---|
| GGI Holdings, LLC | 20-31318 (Lead) | Open |
| Gold's Gym International, Inc. | 20-31319 | Closed |
| Gold's Holding Corp. | 20-31320 | Closed |
| Gold's Alabama, LLC | 20-31321 | Closed |
| Gold's Gym Franchising, LLC | 20-31322 | Closed |
| Gold's Gym Merchandising, LLC | 20-31324 | Closed |
| Gold's Gym Rockies, LLC | 20-31325 | Closed |
| Gold's Louisiana, LLC | 20-31326 | Closed |
| Gold's North Carolina, LLC | 20-31328 | Closed |
| Gold's Ohio, LLC | 20-31329 | Closed |
| Gold's Oklahoma, LLC | 20-31330 | Closed |
| Gold's Southeast, LLC | 20-31332 | Closed |
| Gold's St. Louis, LLC | 20-31333 | Closed |
| Gold's Texas Holdings Group, Inc. | 20-31337 | Closed |